```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 21053
    PRINCE BOYKIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


        Debtor
    SSN XXX-XX-9451


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 05/25/2005 and was confirmed 07/06/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 04/08/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
BANK OF AMERICA NA         UNSECURED     NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED      3580.53          .00        3580.53
ECAST SETTLEMENT CORP      UNSECURED      2004.96          .00        2004.96
ECAST SETTLEMENT CORP      UNSECURED      4810.16          .00        4810.16
RESURGENT ACQUISITION LL   UNSECURED      4583.38          .00        4583.38
ERNESTO D BORGES JR        DEBTOR ATTY    1,800.00                    1,800.00
TOM VAUGHN                 TRUSTEE                                      965.51
DEBTOR REFUND              REFUND                                       523.46

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              18,268.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                   14,979.03
ADMINISTRATIVE                               1,800.00
TRUSTEE COMPENSATION                           965.51
DEBTOR REFUND                                  523.46
                    --------------         --------------
TOTALS               18,268.00              18,268.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 21053 PRINCE BOYKIN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE